We see no error shown in the record, and the judgment will be affirmed.

## BENNETT v. STATE.
### No. 24779.

Court of Criminal Appeals of Texas.
May 24, 1950.

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for passing a forged instrument knowing it to have been forged; punishment assessed at two years in the penitentiary.

The record contains neither a statement of facts nor a bill of exception. All proceedings appear regular. Nothing is presented for review.

The judgment is affirmed.

## ZAHIRNIAK v. STATE.
### No. 24768.

Court of Criminal Appeals of Texas.
May 10, 1950.

Rehearing Denied June 7, 1950.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Appellant was convicted of the offense of murder without malice under the provisions of art. 802c, Vernon's Ann.P.C., and the jury assessed his punishment at two years confinement in the penitentiary.

There are no bills of exception, no exceptions to the court's charge, and no statement of facts found in the record.

The proceedings appear to be regular.

The judgment is therefore affirmed.

Opinion approved by the Court.